```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 11517
    TIFFANY Z SMITH
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-5479


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/06/2008 and was not confirmed.

     The case was dismissed without confirmation 09/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
AFFILIATED FINANCIAL      SECURED             12000.00        .00            .00
TCF NATIONAL BANK         UNSEC W/INTER     NOT FILED         .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER        600.00         .00            .00
US CELLULAR               UNSEC W/INTER     NOT FILED         .00            .00
ALLSTATE INSURANCE COMPA  UNSEC W/INTER     NOT FILED         .00            .00
COMCAST                   UNSEC W/INTER     NOT FILED         .00            .00
ADVOCATE CHRIST HOSPITAL  UNSEC W/INTER     NOT FILED         .00            .00
LOYOLA UNIVERSITY PHYSIC  UNSEC W/INTER        443.00         .00            .00
ILLINOIS TOLLWAY AUTHORI  UNSEC W/INTER     NOT FILED         .00            .00
LINCOLN TECH              UNSEC W/INTER       4197.45         .00            .00
LINEBARGER GOGGAN BLAIR   UNSEC W/INTER     NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER        137.66         .00            .00
NELNET                    UNSEC W/INTER       4519.54         .00            .00
NICOR GAS                 UNSEC W/INTER     NOT FILED         .00            .00
RENT A CENTER             UNSEC W/INTER     NOT FILED         .00            .00
VILLAGE OF MAYWOOD WATER  UNSEC W/INTER     NOT FILED         .00            .00
VILLAGE OF SKOKIE         UNSEC W/INTER     NOT FILED         .00            .00
NIKO CREDIT SERVICE       UNSEC W/INTER       4648.90         .00            .00
AFFILIATED FINANCIAL      UNSEC W/INTER        844.93         .00            .00
AFFILIATED FINANCIAL COR  NOTICE ONLY       NOT FILED         .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY              12.24         .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED             41.50         .00            .00
NELNET                    UNSEC W/INTER       2882.36         .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY        3,374.00                        .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                               .00

PRIORITY                                                       .00
SECURED                                                        .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 11517 TIFFANY Z SMITH
```

```
UNSECURED                                                                      .00
ADMINISTRATIVE                                                                 .00
TRUSTEE COMPENSATION                                                           .00
DEBTOR REFUND                                                                  .00
                                   ---------------         ---------------
TOTALS                                         .00                     .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE